**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Channen F. Ricks, Appellant.

Appellate Case No. 2016-002158

———————

Appeal From Richland County
R. Markley Dennis, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2019-UP-164
Submitted April 1, 2019 – Filed May 8, 2019

———————

**APPEAL DISMISSED**

———————

Appellant Defender Susan Barber Hackett, of Columbia,
for Appellant.

Attorney General Alan McCrory Wilson and Deputy
Attorney General Donald J. Zelenka, both of Columbia,
for Respondent.

———————

**PER CURIAM:** Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**WILLIAMS, GEATHERS, and HILL, JJ. concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.